**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jack Sullivan, | No. CV-26-00047-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Carmen Pacheco, et al., | |
| Defendants. | |

Before the Court is Plaintiff Jack Sullivan's Application to Proceed In Forma Pauperis ("IFP"). (Doc. 2). The Court will deny Plaintiff's Application because it is incomplete.

All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $350.00. *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed IFP under 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). Arizona Local Rule of Civil Procedure ("LRCiv.") 3.3(a) sets requirements for IFP applications. As pertinent here, LRCiv. 3.3(a)(1) requires the application contain "[a] statement as to current employment including the amount of wages or salary per month and the name of the current employer."

In Plaintiff's Application, he records take home pay of $800.00 per month, $20.00 in cash or bank account, and regular monthly expenses for food and utilities totaling

$800.00 per month. Plaintiff's Application is incomplete because he does not provide the name of his employer and the employer's address, as required by LRCiv. 3.3(a)(1). The Court is also unsure how Plaintiff pays $300.00 in utilities per month when Plaintiff does not report owning any real estate nor a regular rental expense. The Court will thus deny Plaintiff's Application because it is incomplete.

Accordingly,

**IT IS ORDERED** denying the Application to Proceed In Forma Pauperis (Doc. 2). Within **30 days** of the date this Order is filed, Plaintiff must either pay the $350.00 filing fee and $55.00 administrative fee **or** file a complete Application to Proceed In Forma Pauperis.

**IT IS FURTHER ORDERED** that if Plaintiff fails to either pay the $350.00 filing fee and $55.00 administrative fee or file a complete Application to Proceed In Forma Pauperis within 30 days, the Clerk of Court must enter a judgment of dismissal of this action without prejudice and without further notice to Plaintiff.

Dated this 3rd day of February, 2026.

John C. Hinderaker
United States District Judge